42 P.3d 597

**STATE of Arizona**

v.

**Jerry Donald BASS**

Supreme Court of Arizona.

March 19, 2002.

ORDERED: [Request to Allow] Amendment to Petition for Review = DENIED.

FURTHER ORDERED: Motion to Correct Illegal Sentence = DENIED.

FURTHER ORDERED: Petition for Review by the Arizona Supreme Court = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.